**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60207-EA**

**Seferino Resendiz Resendiz,**

      Petitioner,

v.

**Warden, Broward Transitional Center,**
**Et al.,**

      Respondents.

_____/

**ORDER CLOSING CASE**

This cause comes before the Court on the petitioner's notice of voluntary dismissal [ECF No,

8]. Therefore, it is **ORDERED AND ADJUDGED**:

1.  The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2.  This **CASE IS CLOSED**.

3.  All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

    **ORDERED** in Chambers in West Palm Beach, Florida, this 4th day of May 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Jose Manuel Godinez-Samperio**
Pathway Legal Group PLLC
3711 Cortez Rd. W
Suite 130
Bradenton, FL 34210
9412658595
Email: manuel@pathwaylegalgroup.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Liviu Lungu**
DOJ-USAO
99 NE 4th Street
Miami, FL 33132
305-961-9011
Email: liviu.lungu@usdoj.gov